Filed 4/23/13  P. v. Ortiz CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JAIRO ORTIZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B239982<br>(Super. Ct. No. BA390014)<br>(Los Angeles County) |

Jairo Ortiz appeals from a judgment after conviction by jury of two counts of second degree robbery.  (Pen. Code, § 211.)  The jury found true an allegation that he personally used a knife.  (§ 12022, subd. (b)(1).)  The trial court sentenced Ortiz to two years in state prison.

We appointed counsel to represent Ortiz in this appeal.  After examining the record and researching potential issues, counsel advised us she could not find any arguable issues to raise on Ortiz's behalf.

Ortiz submitted a supplemental brief in which he asserts that he was incorrectly identified by witnesses at trial.  He argues that witness testimony was inconsistent, implausible, and unreliable and points out the absence of fingerprint evidence.  We do not weigh the evidence or decide the credibility of the witnesses. Those are matters exclusively for the trier of fact.  (*People v. Ochoa* (1993) 6 Cal.4th 1199, 1206.)

We have considered Ortiz's brief and reviewed the entire record. We are satisfied that Ortiz's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Wende* (1979) 25 Cal.3d 436, 443.)

DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

GILBERT, P.J.

We concur:

YEGAN, J.

PERREN, J.

2

Barbara Johnson, Judge

Superior Court County of Los Angeles

_____

Ann Krausz, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.